**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 17-13153-FJB |
| Rodeline Nelfort } | Chapter 13 |
| } | |
| **Debtors** } | |

AGREED ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

CAME ON FOR CONSIDERATION of the Chapter 13 Trustee's motion to dismiss ("Motion") the case of the above captioned debtors, and it appearing that the parties have reached an agreement as to the Motion, it is hereby

ORDERED THAT IF THE DEBTORS FAIL: I) TO PAY TO THE TRUSTEE BY CERTIFIED FUNDS, BANK CHECK, MONEY ORDER OR ELECTRONIC PAYMENT THROUGH TFS (AN AUTHORIZED THIRD PARTY PAYEE) THE SUM OF $1,957.00 BY NOON[1] ON MAY 14, 2019; AND IN ADDITION, II) TO REMAIN CURRENT DURING THE PENDENCY OF THIS AGREED ORDER ON THE MONTHLY PAYMENT OF $556.00 TO THE TRUSTEE, THIS CHAPTER 13 CASE MAY BE DISMISSED BY THE CLERK OF THE COURT UPON AFFIDAVIT OF THE TRUSTEE, WITHOUT HEARING, AND IT IS FURTHER

ORDERED that the debtors shall file no response to the Trustee's affidavit that does not contain a dispute of fact that said payments were timely made. Any response must be filed within 10 days of the filing by the Trustee and supported by an affidavit of the debtor.

ORDERED that this order is without prejudice as to the Trustee or the United States Trustee's right to be heard on any matter within their purview, by written pleading or otherwise.

Signed at Boston, Massachusetts, this _____14_____ day of ___November___, 2018.

_____
United States Bankruptcy Judge

AGREED AS TO SUBSTANCE AND FORM:
Carolyn A. Bankowski
Standing Chapter 13 Trustee                           Debtor, Rodeline Nelfort

By: /s/Carolyn A. Bankowski                           By: /s/ Richard C. Hyman
Carolyn A. Bankowski, BBO#631056                      Richard C. Hyman, BBO#546722
Patricia A. Remer, BBO#639594                         Law Office of Richard C. Hyman
Office of the Chapter 13 Trustee                      1259 Hyde Park Avenue, Suite 128
P.O. Box 8250                                         Hyde Park, MA 02136
Boston, MA 02114                                      (617) 361-5310
(617)723-1313                                         rchyman@richardchymanlaw.com
13trustee@chboston.com

---

[1] Payments must be received at P.O. Box 1131, Memphis, TN 38101-1131, by the date indicated. Unless otherwise noted, the arrearage amount does not include the current month.